# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC.,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **101 WEST LEHIGH, LLC, et al.,** | : | |
| *Defendants.* | : | NO. 23-cv-03736 |

## O R D E R

**AND NOW,** this 31st day of October 2023, upon consideration of Defendant Necessary Party/Defendant Corliss Jackson's ("Jackson") Motion to Dismiss (ECF No. 6), Plaintiff's Response in Opposition (ECF No. 7), and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Defendant Jackson's Motion (ECF No. 6) is **DENIED**.

It is further **ORDERED** that Defendant Necessary Party/Defendant Corliss Jackson shall file a responsive pleading to the Complaint (ECF No. 1) on or before **November 14, 2023**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**