IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC.,** *Plaintiff*, | : : : : | **CIVIL ACTION** |
| v. | : : | |
| **101 WEST LEHIGH, LLC, JUSTYN ENTERPRISES, INC., KWANG C. CHOI, TIMOTHY J. CHOI** and **CORLISS JACKSON, individually and as Administratix of the ESTATE OF RASHEEN NASEEB ROBINSON, DECEASED,** | : : : : : : : : : | |
| *Defendants*. | : | **NO. 23-cv-03736** |

## ORDER

**AND NOW**, this 11th day of April 2024, upon consideration of Plaintiff Associated Industries Insurance Company (AIIC)'s Motion for Judgment on the Pleadings (ECF No. 36), Defendants' Response in Opposition (ECF No. 37), Nominal Defendant's Response in Opposition (ECF No. 38), and Plaintiff's Reply (ECF No. 39), it is hereby **ORDERED** that Plaintiff's Motion (ECF No. 36) is **GRANTED**. It is further **ORDERED** as follows:

1. Judgment is hereby entered in favor of AIIC and against Defendants 101 West Lehigh LLC, Justyn Enterprises Inc., Kwang Choi, and Timothy Choi;

2. It is hereby declared that AIIC has no insuring obligation, inclusive of defense or indemnity, in favor of 101 West Lehigh LLC, Justyn Enterprises Inc., Kwang Choi, and Timothy Choi with respect to the civil action captioned *Corliss Jackson, individually and as Administratrix of the Estate of Rasheen Naseeb Robinson, Deceased; 101 W. Lehigh LLC; Justyn Enterprises, Inc.; Liberty Gas Choi Enterprises, LLC; Liberty Petroleum, LLC; Kwang C. Choi; Timothy J.*

*Choi; John Doe(s) Corporation(s); John Doe(s) Security Guards, and/or John Doe(s) Owners, and/or John Doe(s) Franchisors, and/or John Doe(s) Franchisees, and/or John Doe(s) Managers, and John Doe(s) Employees*, Philadelphia County, Pennsylvania, Court of Common Pleas, No. 221101180 (the "Jackson Action"), under Associated Industries Insurance Company Policy No. AES1211258-01;

3. It is hereby declared that AIIC is entitled to reimbursement of the defense costs incurred on 101 West Lehigh LLC's and Justyn Enterprises Inc.'s behalf in the Jackson Action after the date of AIIC's August 1, 2023, Reservation of Rights Letter to those Defendants;

4. It is hereby declared that AIIC is entitled to reimbursement of the defense costs incurred on Kwang Choi's and Timothy Choi's behalf in the Jackson Action after the date of AIIC's August 21, 2023, Reservation of Rights Letter to those Defendants; and

5. AIIC is hereby granted leave to submit a petition, with adequate proof, for entry of a monetary judgment pertaining to reimbursement of the defense costs incurred on behalf of 101 West Lehigh LLC, Justyn Enterprises Inc., Kwang Choi, and Timothy Choi in the Jackson Action. This petition shall be submitted on or before **May 2, 2024.** Defendants may respond on or before **May 16, 2024**.

                                                  **BY THE COURT:**

                                                  **/s/ Chad F. Kenney**
                                                  _____
                                                  **CHAD F. KENNEY, JUDGE**